IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

DOCKET NO. 1:22-CR-00024

FILED IN COURT
ASHEVILLE, NC

AUG 19 2022

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **CONSENT ORDER AND** |
| v. ) | **JUDGMENT OF FORFEITURE** |
| ) | |
| BENJAMIN DANN OWENS ) | |

WHEREAS, the defendant, BENJAMIN DANN OWENS, has entered into a plea agreement (incorporated by reference herein) with the United States and has voluntarily pleaded guilty pursuant to Fed. R. Crim. P. 11 to one or more criminal offenses under which forfeiture may be ordered;

WHEREAS, the defendant and the United States stipulate and agree that the property described below constitutes property derived from or traceable to proceeds of the defendant's offense(s) herein; property involved in the offenses, or any property traceable to such property; and/or property used in any manner to facilitate the commission of such offense(s); or substitute property as defined by 21 U.S.C. § 853(p) and Fed. R. Crim. P. 32.2(e); and is therefore subject to forfeiture pursuant to 21 U.S.C. § 853, provided, however, that such forfeiture is subject to any and all third party claims and interests, pending final adjudication herein; the defendant waives his interest, if any, in the property and agrees to the forfeiture of such interest;

WHEREAS, the defendant herein waives the requirements of Fed. R. Crim. P. 32.2 regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment against defendant;

WHEREAS, pursuant to Fed. R. Crim. P. 32.2(b)(1) & (c)(2), the Court finds that there is the requisite nexus between the property and the offense(s) to which the defendant has pleaded guilty;

1

WHEREAS, the defendant withdraws any claim previously submitted in response to an administrative forfeiture or civil forfeiture proceeding concerning any of the property described below. If the defendant has not previously submitted such a claim, the defendant hereby waives all right to do so. If any administrative forfeiture or civil forfeiture proceeding concerning any of the property described below has previously been stayed, the defendant hereby consents to a lifting of the stay and consents to forfeiture;

WHEREAS, the undersigned United States Magistrate Judge is authorized to enter this Order by the previous Order of this Court No. 3:05MC302-C (September 8, 2005);

NOW, THEREFORE, IT IS HEREBY ORDERED THAT the **following property** is forfeited to the United States:

- **One Sundance Industries, Model Point Blank, .22 caliber pistol and ammunition seized on or about December 20, 2020, during the course of the investigation;**
- **One Maverick Mossberg, Modell 88 12-gauge shotgun and ammunition seized on or about December 20, 2020, during the course of the investigation;**
- **One Sig Sauer, Model P320, 9mm semi-automatic pistol and ammunition seized on or about December 20, 2020, during the course of the investigation;**
- **One Taurus, Model 941, .22 WMR revolver and ammunition seized on or about December 20, 2020, during the course of the investigation;**
- **One Savage, Model 10, .243 caliber bolt-action rifle and ammunition seized on or about December 20, 2020, during the course of the investigation;**
- **One Wards Western Field, Model 47A, .22 caliber bolt-action rifle and ammunition seized on or about December 20, 2020, during the course of the investigation;**
- **One New England Firearms, Model Pardner, .410-gauge single shot shotgun and ammunition seized on or about December 20, 2020, during the course of the investigation;**
- **One Winchester, Model 190 .22 caliber semi-automatic rifle and**

ammunition seized on or about December 20, 2020;
- **Multiple rounds of miscellaneous ammunition, seized on or about December 20, 2020;**
- **One Rock Island Armory, Model 1911-A1FS, .45 caliber semi-automatic pistol and ammunition seized on or about January 7, 2021;**
- **One Izhevsk Mechanical Plant, Model IZh-18, 12-gauge single shot shotgun and ammunition seized on or about January 7, 2021; and**
- **One Savage, Model 16, .22-250 caliber bolt-action rifle and ammunition, seized on or about January 7, 2021, all during the course of the investigation.**

The United States Marshal and/or other property custodian for the investigative agency is authorized to take possession and maintain custody of the above-described tangible property.

If and to the extent required by Fed. R. Crim. P. 32.2(b)(6), 21 U.S.C. § 853(n), and/or other applicable law, the United States shall publish notice and provide direct written notice of this forfeiture.

As to any firearms and/or ammunition listed above and/or in the charging instrument, defendant consents to disposal by federal, state, or local law enforcement authorities upon such legal process as they, in their sole discretion, deem to be legally sufficient, and waives any and all right to further notice of such process or such destruction.

Any person, other than the defendant, asserting any legal interest in the property may, within thirty days of the publication of notice or the receipt of notice, whichever is earlier, petition the court for a hearing to adjudicate the validity of the alleged interest.

Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this Order of Forfeiture, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of the property, including depositions, interrogatories, requests for production of documents and to issue subpoenas, pursuant to Fed. R. Civ. P. 45.

Following the Court's disposition of all timely petitions filed, a final order of forfeiture shall be entered, as provided by Fed. R. Crim. P. 32.2(c)(2). If no third party files a timely petition, this order shall become the final order and judgment of forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2), and the United States shall have clear title to the property and shall dispose of the property according to law. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A), the defendant consents that this order shall be final as to defendant upon filing.

SO AGREED:

_____ FOR
JONATHAN D. LETZRING
Assistant United States Attorney

_____
BENJAMIN DANN OWENS
Defendant

_____
FREDILYN SISON
Attorney for Defendant

Signed: August 19th, 2022

_____
W. CARLETON METCALF
United States Magistrate Judge
Western District of North Carolina